**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN TRUJILLO, et al.<br>            Plaintiffs,<br>     v.<br>CITY OF ONTARIO, et al.,<br>            Defendants. | Case No. EDCV 04-1015-VAP(SGLx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' entire action is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated:  August 24, 2009             _____
                                          VIRGINIA A. PHILLIPS
                                       United States District Judge